IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,

      Plaintiff,                    No. CIV S-06-263 FCD KJM PS

   vs.

JIRI PRUSA,

      Defendants.          ORDER

_____/

       This action was referred to the undersigned pursuant to the order filed May 24, 2006.  Calendared for hearing on June 21, 2006 is plaintiff's motion for summary judgment.  No opposition to the motion has been filed.

       Local Rule 78-230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party."  In addition, Local Rule 78-230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions.  Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of June 21, 2006 is vacated. Hearing on plaintiff's motion is continued to July 19, 2006 at 10:00 a.m. in courtroom no. 26.

2. Defendants shall file opposition, if any, to the motion no later than June 28, 2006. Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that plaintiff's motion for summary judgment be granted.

DATED: June 8, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
usa-prusa.nop