IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,           No. CIV S-06-0263 FCD KJM PS

  vs.

JIRI V. PRUSA, et al.,

    Defendants.          <u>ORDER</u>

_____/

      Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

      On August 30, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. Objections to the findings and recommendations have been filed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 30, 2006, are adopted in full;

2. Plaintiff's motion for summary judgment is granted and judgment for plaintiff is entered on all claims.

3. The following UCC Financing Statements are adjudged and declared null, void and without legal effect:

| Filing Date | Filing Number | Sham Debt |
| --- | --- | --- |
| November 1, 2004 | 04-7004388983 | $360,813,395.52 |
| February 18, 2005 | 05-7016468421 | $360,813,395.52 |

4. Leave is granted to file the order or judgment with the California Secretary of State, any county clerk's office, assessor's office, or other public registry where such liens have or will be filed by defendants.

5. Jiri V. Prusa and Elany A. Prusa are permanently enjoined from filing, or attempting to file, any document or instrument that purports to create a nonconsensual lien or encumbrance against the person or property of any government employee.

6. The United States' request for attorney's fees is granted in the amount of $3,208.00 as this action was caused by the defendants' vexatious conduct in filing false liens.

7. To the extent that defendants' fillings constitute motions, said motions are denied for lack of factual and legal merit.

DATED: September 28, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge